# Third District Court of Appeal

## State of Florida

Opinion filed November 13, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D23-1414, 3D23-2039
Lower Tribunal No. 15-10030

_____

**Zanzi Asset Management, Inc., and Fabio Cragnotti**,
Appellants,

vs.

**2G Food, Inc.**,
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

De Biase | Alvarez, and Adrian J. Alvarez, (Boca Raton), for appellants.

Cotzen Law, P.A., and Michael L. Cotzen, for appellee.

Before SCALES, GORDO and GOODEN, JJ.

PER CURIAM.

Appellants Zanzi Asset Management, Inc. and Fabio Cragnotti appeal several post-trial orders and a final judgment. They make several arguments on appeal—one of which has merit.

During litigation, two co-defendants—who were sued for the same claims and damages as the Appellants—settled the claims against them and were dismissed with prejudice from the suit. We reverse and remand with directions for the trial court to setoff from the final judgment the pre-trial settlement involving these co-defendants. See § 46.015, Fla. Stat. (2023); § 768.041, Fla. Stat. (2023); Cornerstone SMR, Inc. v. Bank of Am., N.A., 163 So. 3d 565, 568 (Fla. 4th DCA 2015) ("Whether the trial court awarded a proper set-off is a pure question of law reviewed de novo. . . ."). In all other respects, we affirm.

Affirmed in part; Reversed in part and remanded with directions.